FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0353

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT WAYNE ANDERSON,

Defendant and Appellant.

FILED

DEC 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Robert Wayne Anderson appeals from his April 25, 2019 judgment of conviction in the Montana Sixth Judicial District Court, Park County, on the offenses of misdemeanor Assault (Count II) in violation of § 45-5-201, MCA, and misdemeanor Disorderly Conduct (Count III) in violation of § 45-8-101, MCA. Anderson asserts, *inter alia*, that the State improperly vouched for a State's witness and further impermissibly presented testimony and related argument on the ultimate issues regarding the elements of the subject offenses. By notice, filed November 30, 2020, and without agreeing with all of Anderson's assertions, the State concedes that there is reversible error. The State accordingly concedes to reversal and remand for a new trial as requested by Anderson.

Upon consideration of Anderson's Opening Brief and the State's Notice of Concession, and finding good cause thereon,

IT IS HEREBY ORDERED that Anderson's April 25, 2019 judgment of conviction on the offenses of misdemeanor Assault (Count II) and misdemeanor Disorderly Conduct (Count III) in the underlying matter of *State v. Anderson*, DC-18-111, is hereby reversed and remanded for a new trial on those offenses.

The Clerk of this Court is hereby respectfully ordered to serve copies of this order on counsel of record for both parties and the presiding judge of the District Court.

Dated this 8th day of December, 2020.

_____
Chief Justice

_____

_____

_____
Justices

2